IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 0 2 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| IN THE MATTER OF | CV 19–178–M–DWM |
| MARGARET M. NOYCE 1976 TRUST | ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 2nd day of March, 2020.

Donald W. Molloy, District Judge
United States District Court